02-10-237-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00237-CV

 

 


 
 
 Adrian Pegues, Individually and as
 Representative of the Estate of Ida Pegues, Deceased, and on behalf of
 Jessica Porter, Virginia Manual, Carolyn Holland, Roderick Pegues, Victor
 Pegues, Valerie Elder, and any other Wrongful Death Beneficiaries
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Virendra K. Agarwal, M.D. and
 Virendra Kumar Agarwal, M.D., P.A.
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE
235th District Court OF Cooke
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants' Motion For Voluntary Dismissal Of
Appeal (Unopposed).”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM

 

PANEL:  MEIER, J.;
LIVINGSTON, C.J.; and GABRIEL, J.

 

DELIVERED:  February 17, 2011











[1]See Tex. R. App. P. 47.4.